■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Luz Hernandez, Appellant.—Judgment, Supreme Court, Bronx County (Stanley Parness, J.), rendered on March 2, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Asch and Wallach, JJ.